**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| STEVEN GERHART, *et al.*, | : |
| Plaintiffs, | : |
| | :   Civil No. 5:20-cv-01401-JMG |
| v. | : |
| | : |
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | : |
| Defendant. | : |

---

**ORDER**

**AND NOW**, this 20th day of August, 2021, after careful consideration of Plaintiffs' Motion for Leave to Amend (ECF No. 24), Defendant's opposition thereto (ECF No. 27), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 24) is **GRANTED.** The proposed Amended Complaint, attached as Exhibit A to Plaintiffs' Motion (ECF No. 24-1), shall be deemed filed as of the date of this Order.

**IT IS FURTHER ORDERED** that a status conference with counsel is scheduled for **August 26, 2021, at 11:00 a.m.** Plaintiffs' counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **August 24, 2021.** In light of the Plaintiffs' amended complaint, the parties should be prepared to propose amendments to the current scheduling order and discuss the need for additional discovery.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge